# ELECTRONIC RECORD

**1301-14**

COA #    03-12-00285-CR      OFFENSE:    22.04

STYLE:    Nichole Turner v. The State of Texas      COUNTY:    Travis

COA DISPOSITION:    AFFIRMED on Motion for Rehearing      TRIAL COURT:    427th District Court

DATE: <u>08/08/14</u>      Publish: <u>NO</u>    TC CASE #:    D-1-DC-10-100052

# IN THE COURT OF CRIMINAL APPEALS

STYLE:    Nichole Turner v. The State of Texas      CCA #:      **1301-14**

**APPELLANT'S**    Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_REFUSED_      JUDGE: _____

DATE: _12/17/2014_      SIGNED: _____    PC: _____

JUDGE: _Per Curiam_      PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD